# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE PARKER,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ON HABEAS CORPUS,<br><br>　　　　　　Respondent. | 1:12-cv-00889-LJO-DLB (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION TO WITHDRAW PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>[Doc. 5] |

　　　Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On July 9, 2012, Petitioner filed a motion to withdraw the petition for writ of habeas corpus. Pursuant Federal Rule of Civil Procedure 41(a)(1)(I), a plaintiff may voluntarily dismiss an action without a court order if the notice of dismissal is filed before the opposing party serves either an answer or motion for summary judgment or upon stipulation by all parties. At this stage in the proceedings, Petitioner has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id.

　　　Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Petitioner's notice of voluntary dismissal filed on July 9, 2012.

IT IS SO ORDERED.

**Dated:　July 19, 2012**　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE